MACON, DUBLIN & SAVANNAH RAILROAD COMPANY *v.* COX.

HOLDEN, J. No error was assigned except the overruling of the motion for a new trial, based on the general grounds that the verdict is contrary to law and evidence and without evidence to support it. The evidence authorized the ᵛverdict, and the refusal of a new trial will not be disturbed.

*Judgment affirmed.* *All the Justices concur, except Fish, C. J., absent.*

JANUARY 11, 1911.

Action for damages. Before Judge Martin. Twiggs superior court. December 21, 1909.

*Minter Wimberly* and *L. D. Shannon,* for plaintiff in error.

*L. D. Moore,* contra.